UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABC,

                Plaintiff(s)

      -against-

DEF,

                Defendant(s).
------------------------------------------------------------X

24 mc 195 (JGK)

## ORDER

The Court, having temporarily sealed the file, hereby closes this action.

**SO ORDERED.**

                                                                                     */s/ John G. Koeltl*
                                                            **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 24, 2024